UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 02, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TERRY LEUNG,

    Defendant.

Case No. 2:14-CR-00220-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  TERRY LEUNG ,

Case No. 2:14-CR-00220-KJM  Charge 21 USC 846; 21USC 841(a)1; 21 USC 853(a) , from custody for the following reasons:

    \_\_\_\_ Release on Personal Recognizance

    ✓ Bail Posted in the Sum of $ _____

        ✓ Unsecured Appearance Bond $ 50,000.00

        \_\_\_\_ Appearance Bond with 10% Deposit

        \_\_\_\_ Appearance Bond with Surety

        \_\_\_\_ Corporate Surety Bail Bond

        \_\_\_\_ (Other):

Issued at Sacramento, California on September 02, 2014 at  2:30 pm .

By: _____

Magistrate Judge Kendall J. Newman